IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 23-CR-139 (BAH) |
| ) | |
| ) | |
| DAVID WORTH BOWMAN, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as lead counsel for DAVID WORTH BOWMAN in the above captioned case.

                                       Respectfully submitted,

                                       KIRA ANNE WEST

By:    /s/*Kira Anne West*
          Kira Anne West
          DC Bar No. 993523
          712 H Street N.E., Unit 509
          Washington, D.C. 20002
          Phone: 202-236-2042
          kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 20th day of July, 2023 a copy of same was delivered to the parties of record, pursuant to the rules of the Clerk of Court.

                                         /S/*Kira West*
                                         Kira Anne West