UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:23-CR-139-BAH |
| DAVID WORTH BOWMAN | ) | |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

The defendant, by and through the undersigned counsel, hereby moves the Court to allow her to withdraw from Mr. Bowman's above numbered case. Defense counsel herein learned that Kira West, Attorney at Law has been retained as counsel. Further, Mr. Bowman communicated with undersigned counsel his desire for Cindy H. Popkin-Bradley to withdraw as retained counsel.

WHEREFORE, for the foregoing reasons, the defendant moves to allow Ms. Cindy H. Popkin-Bradley to withdraw from this matter.

Respectfully submitted this the 21st day of July, 2023.

/s/ Cindy H. Popkin Bradley____
CINDY H. POPKIN BRADLEY
Lawyer for Defendant

>Post Office Box 37602
>Raleigh, North Carolina  27627
>Tele: 919-852-4873
>Fax:  919-851-1690
>Email: cindydoglaw@aol.com
>North Carolina Bar No. 18728

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion to Withdraw as Retained Counsel and Proposed Order has been served on Kira West, David Bowman (via email) and the U.S. Attorney's Office for the District of Columbia by electronically filing with the CM/ECF.

Respectfully submitted this 21st day of July, 2023.

>/s/ Cindy H. Popkin Bradley____
>CINDY H. POPKIN BRADLEY
>Lawyer for Defendant
>Post Office Box 37602
>Raleigh, North Carolina  27627
>Tele: 919-852-4873
>Fax:  919-851-1690
>Email: cindydoglaw@aol.com
>North Carolina Bar No. 18728