IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 23-CR-139(BAH) |
| ) | |
| ) | |
| DAVID WORTH BOWMAN ) | |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF REQUEST FOR 3ʳᴰ POINT**

Mr. DAVID BOWMAN, through his attorney, Kira Anne West, respectfully gives notice to the Court that she is withdrawing her mistaken request for the 3rd point for acceptance of responsibility under Guideline Section 3E1.1(b).

Respectfully submitted,

KIRA ANNE WEST

By:           /s/    *Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Bowman

1

## CERTIFICATE OF SERVICE

I hereby certify on the 7th day of June, 2024, a copy of same was delivered to the parties of record, by ECF pursuant to the rules of the Clerk of Court.

                                                   /S/   *Kira West*
                                                  Kira Anne West