IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 23-CR-139(BAH) |
| | ) | |
| DAVID WORTH BOWMAN | ) | |

### **ERRATUM**

Mr. David Bowman, through his attorney, Kira Anne West, respectfully notes the following erratum in the text of the Defendant's Sentencing Memorandum (ECF No. 116): footnote 29 on page 31 references *U.S. v. Todd*, 22-CR-166 (BAH) as a misdemeanor case. That was mistaken. Todd was later indicted on a felony count, 111(a)(1).

          Respectfully submitted,

          KIRA ANNE WEST

      By:     /s/   *Kira Anne West*
          Kira Anne West
          DC Bar No. 993523
          712 H Street N.E., Unit 509
          Washington, D.C. 20002
          Phone: 202-236-2042
          kiraannewest@gmail.com
          Attorney for Mr. Bowman

## **CERTIFICATE OF SERVICE**

    I hereby certify on the 14th day of June, 2024, a copy of same was delivered to the parties of record, by ECF pursuant to the rules of the Clerk of Court.

                                              /S/   *Kira West*
                                              Kira Anne West