IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
      v. )     CRIMINAL NO. 23-CR-139 (BAH)
  )
  )
DAVID WORTH BOWMAN, )
  )
      Defendant. )

**DEFENDANT'S UNOPPOSED MOTION TO JOIN CO-DEFENDANT CARNELL'S MOTION TO RECONSIDER AND REVERSE  FINDING OF GUILT, ECF NO. 124**

Defendant Carnell filed the above motion seeking reconsideration of the Court's finding of guilt. *See* ECF No. 124. Defendant Bowman respectfully requests that he be allowed to join and adopt this motion.

Undersigned counsel spoke with AUSA Beach who does not oppose this motion to join.

Respectfully submitted,

KIRA ANNE WEST

By:     /s/    *Kira Anne West*
          Kira Anne West
          DC Bar No. 993523
          712  H Street N.E., Unit  509
          Washington, D.C.  20002
          Phone:  202-236-2042
          kiraannewest@gmail.com

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 19th  day of August, 2024, a copy of same was delivered to the parties of record, by ECF  pursuant to the  rules of the Clerk of Court.

_____*/S/ Kira West*_____
Kira Anne West